# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GREG ALLEN DOTSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 5:21-cv-00592-LCB-JHE |
| **JUDGE CRAIG, et al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

Plaintiff Greg Allen Dotson filed a pro se complaint under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1).  On June 30, 2021, United States Magistrate Judge John H. England, III, entered a Report and Recommendation recommending the Court dismiss this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Dotson's failure to prosecute.  (Doc. 6).  Although the Judge England advised Dotson of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered de novo all the materials in the Court file, including the Report and Recommendation, the Court **ADOPTS** Judge England's Report and **ACCEPTS** his Recommendation.  Accordingly, the Court

**DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Dotson's failure to prosecute.

**DONE** and **ORDERED** July 26, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

For information regarding the cost of appeal, see the attached notice.

## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  In Replying Give Number
Clerk of Court  of Case and Names of Parties

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice